**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
JAY WINEGARD, on behalf of himself and
all others similarly situated,

                    Plaintiff,

v.                                         Case No. 1:22-CV-02043-WFK

CHRIS CRAFT CORPORATION,

                    Defendant
-------------------------------------------------------x

## NOTICE OF SETTLEMENT

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissedby Plaintiff upon completion of specified conditions, in no more than 45 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated: June 30, 2022                               Respectfully submitted,

                                                               */s/ Mitchell Segal, Esq.*
                                                               Mitchell Segal, Esq.
                                                               **Law Offices of Mitchell S. Segal, P.C.**
                                                               1129 Northern Boulevard,
                                                               Suite 404
                                                               Manhasset, New York 11030
                                                               Phone: (516) 415-0100
                                                               Fax:   (516) 706-6631
                                                               Email:  msegal@segallegal.com

                                                               Attorney for Plaintiff

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel for Plaintiff:

Mitchell Segal, Esq.
**Law Offices of Mitchell S. Segal, P.C.**
1129 Northern Boulevard,
Suite 404
Manhasset, New York 11030
Phone: (516) 415-0100
Fax:   (516) 706-6631
Email:  msegal@segallegal.com

*Attorneys for Plaintiff*

                                              BY: */s/ Mitchell Segal*
                                                      Mitchell Segal, Esq.