UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JAY WINEGARD, on behalf of himself and
all others similarly situated,

                      Plaintiff,

v.                                     Case No. 1:22-CV-02043-WFK

CHRIS CRAFT CORPORATION,

                      Defendant

-------------------------------------------------------X

## JOINT STIPULATION AND
## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jay Winegard, on behalf of himself and all others similarly situated, and Defendant Chris Craft Corp. by their respective undersigned counsel, hereby stipulate and agree to the voluntary dismissal of all claims in the above-captioned action.

This voluntary dismissal is WITH PREJUDICE, with each party to bear his/its own attorneys' fees, costs, and expenses, and this case shall now be marked by the Clerk of the Court as dismissed with prejudice.

11

Respectfully submitted,

Dated: 8th of September, 2022.

By: /s/ Mitchell Segal
Mitchell Segal, Esq.
**Law Offices of Mitchell S. Segal, P.C.**
1129 Northern Boulevard,
Suite 404
Manhasset, New York 11030
Ph. (516) 415-0100
Fx. (516) 706-6631
msegal@segallegal.com

*Counsel for Plaintiff Jay Winegard*

By: /s/ Carol C. Lumpkin
Carol C. Lumpkin, Esq.
**K&L GATES LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131-2399
Telephone: 305.539.3300
Facsimile: 305.358.7095
Email: carol.lumpkin@klgates.com

*Counsel for Defendant Chris Craft Corp.*

**s/ WFK**

United States District Court Judge
Honorable William F. Kuntz

Dated: September 9, 2022
Brooklyn, New York

12